**Simpson Thacher & Bartlett LLP**

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

**MEMO ENDORSED**

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2861

E-mail Address
david.elbaum@stblaw.com

BY ECF

December 21, 2020

Re: Westchester Residential Opportunities, Inc. v. Berk-Cohen Associates at Tor View Village Apartments, LLC, et. al, No. 7:20-cv-02097-KMK-AEK

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Karas:

I am writing on behalf of Plaintiff Westchester Residential Opportunities, Inc. to respectfully request that the Court reschedule the Case Management Conference scheduled on February 10, 2021. The Eleventh Circuit and the Delaware Supreme Court recently scheduled oral arguments on February 10 in other matters in which the lead lawyers for Plaintiff, Bryce Friedman and I, are involved, and we both now have conflicts. Counsel for Defendants has consented to this request. All counsel are available for a conference in the afternoon on February 10 or on February 11, 12, 16 or 17.

We appreciate the Court's attention to this matter.

*Granted. The Court will hold a teleconference on 2/17/21 at 11:30 AM.* SO ORDERED

/s/ Kenneth M. Karas, U.S.D.J.
12/22/2020

Respectfully submitted,

/s/ David Elbaum

David Elbaum

cc: All Counsel (by ECF)

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.