CHRISTOPHER SEACORD
CSEACORD@GRSM.COM

**MEMO ENDORSED**

**GORDON&REES**
**SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER**™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 5, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** *Westchester Residential Opportunities, Inc. v. Berk-Cohen Associates at Tor View Village Apartments, LLC*
(Case No. 7:20-cv-02097-KMK)

Dear Judge Karas:

This firm represents defendants, Berk-Cohen Associates at Tor View Village Apartments, LLC ("Tor View") and Manhattan Management Company, LLC ("MMC") (collectively, "Defendants"), in the above-referenced action.

Per the Court's email communication dated February 4, 2021, the parties, including Plaintiff Westchester Residential Opportunities, Inc. ("Plaintiff"), jointly request an adjournment of the February 17, 2021 case management conference to a new date convenient for the Court.

Additionally, Defendants request an amendment to the scheduling order to extend the deadline to submit pre-motion letters from February 9 to February 12, 2021, and the deadline to submit responses to pre-motion letters from February 16 to February 19, 2021. Plaintiff consents to this request.

As always, we thank the Court for its consideration.

Granted. The case management conference is adjourned to
3/9/21 at 12:00 pm

So Ordered.

*[signature]*

2/8/21

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Christopher A. Seacord*

February 5, 2021
Page 2

cc: All Counsel via ECF

Christopher A. Seacord