UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**IGNACIO CARBALLIDO ET AL.,**  21-cv-2097 (JGK)

        **Plaintiff,**  <u>**ORDER**</u>

   - against -

**GLOBAL BEVERAGE TEAM, LLC,**

        **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

    Pursuant to the parties' request, the time to file a response to the motion for a preliminary injunction is extended to April 13, 2021 and the time to reply is extended to April 16, 2021. The hearing is adjourned to April 20, 2021 at 10 a.m. The Court would grant a further extension for the parties to finalize an agreement if necessary.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 22, 2021**

                                                  /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                    **United States District Judge**