CHRISTOPHER A. SEACORD
CSEACORD@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 7, 2021

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropos St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

  Re: *Westchester Residential Opportunities, Inc. v. Berk-Cohen Associates at Tor View Village Apartments*, *LLC*
    (Case No. 7:20-cv-02097-KMK)

Dear Judge Karas:

  This firm represents defendants, Berk-Cohen Associates at Tor View Village Apartments, LLC ("Tor View") and Manhattan Management Company, LLC ("MMC") (collectively, "Defendants"), in the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice, we write, with the consent of Plaintiff's counsel, to respectfully request a one-week extension of the deadline, which is currently today, for the parties to submit dispositive motions in this matter.

  This extension is requested as the parties have been engaged in ongoing settlement discussions and believe that they are making progress towards a potential resolution. The current deadline for dispositive motions is May 7, 2021. Should the Court grant this request, the parties would have until May 14, 2021, to file dispositive motions. This is the first request for an extension of the deadline for dispositive motions.

  We thank the Court for its consideration of this request.

                  Respectfully submitted,

                  *Christopher A. Seacord*

                  Christopher A. Seacord

CC: All Counsel of Record (By ECF)

Granted.
5/7/21

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1212507/58221451v.1