## MEMO ENDORSED

CHRISTOPHER A. SEACORD
CSEACORD@GRSM.COM

**GORDON&REES**
SCULLY MANSUKHANI
**YOUR 50 STATE PARTNER™**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 14, 2021

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropos St.
White Plains, NY 10601-4150

Re: *Westchester Residential Opportunities, Inc. v. Berk-Cohen Associates at Tor View Village Apartments, LLC*
(Case No. 7:20-cv-02097-KMK)

Dear Judge Karas:

This firm represents defendants, Berk-Cohen Associates at Tor View Village Apartments, LLC ("Tor View") and Manhattan Management Company, LLC ("MMC") (collectively, "Defendants"), in the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice, we write, along with Plaintiff's counsel, to respectfully request a final one-week extension of the deadline for the parties to submit dispositive motions in this matter.

As previously stated, the Parties have been engaged in substantive settlement discussions involving both monetary and non-monetary components. While the Parties are not yet at the point where they can claim to have an agreement on every settlement term, the Parties believe they will resolve the remaining issues in a matter of days. The current deadline for dispositive motions is May 14, 2021. Should the Court grant this request, the parties would have until May 21, 2021, to file dispositive motions. This is the second request for an extension of the deadline for dispositive motions, the first of which was granted by this Court on May 7, 2021.

We thank the Court for its consideration of this request.

Granted.

So Ordered.

5/14/21

CC: All Counsel of Record (By ECF)

Respectfully submitted,

*Christopher A. Seacord*

Christopher A. Seacord

1212507/58350323v.1